# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 12-41148
B11CV113

MARIA DEL VALLE,

    Plaintiff - Appellant

v.

TEVA PHARMACEUTICALS USA, INCORPORATED; PLIVA, INCORPORATED; WYETH, INCORPORATED; SCHWARZ PHARMA, INCORPORATED; VINTAGE PHARMACEUTICALS, L.L.C.,

    Defendants - Appellees

United States District Court
Southern District of Texas
FILED
FEB 1 1 2013
David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

CLERK'S OFFICE:

The appeal is dismissed as of February 5, 2013 as to Qualitest Pharmaceuticals, Inc., only. The appeal remains open as to all other parties. .

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Brandy C. Lemelle, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
        Deputy
New Orleans, Louisiana    FEB 05 2013

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 05, 2013

Mr. David J. Bradley  
Southern District of Texas, Brownsville  
United States District Court  
600 E. Harrison Street  
Room 1158  
Brownsville, TX 78520

No. 12-41148, Maria Del Valle v. Pliva, Inc., et al  
USDC No. 1:11-CV-113

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By:  
Brandy C. Lemelle, Deputy Clerk  
504-310-7714

P.S. Please use the enclosed caption for all further fillings.

cc w/encl:
    Ms. Marjory Colvin Batsell
    Mr. Henninger Simons Bullock
    Mr. Andrew Jonathan Calica
    Mr. Mark Steven Cheffo
    Mr. Norton A. Colvin Jr.
    Mr. Terrence J. Donahue Jr.
    Honorable Andrew S. Hanen
    Mr. Michael Randolph Klatt
    Ms. Linda E. Maichl
    Mr. Richard Anthony Oetheimer
    Mr. Jeffrey Francis Peck
    Mr. Kannon K. Shanmugam
    Mr. William F. Sheehan
    Mr. Michael G Terry
    Mr. Joseph Paul Thomas
    Mr. Michael Andrew Walsh Sr.

| 12-41148 |
|---|
| MARIA DEL VALLE, |
|     Plaintiff - Appellant |
| v. |
| TEVA PHARMACEUTICALS USA, INCORPORATED; PLIVA, INCORPORATED; WYETH, INCORPORATED; SCHWARZ PHARMA, INCORPORATED; VINTAGE PHARMACEUTICALS, L.L.C., |
|     Defendants - Appellees |